C. J. CANTRELL v. STATE.

No. A-2536. Opinion Filed July 14, 1917.

Rehearing Denied September 22, 1917.

(167 Pac. 1182.)

Appeal from Superior Court, Muskogee County;
H. C. Thurman, Judge.

C. J. Cantrell was convicted of violating the prohibitory law and appeals. Affirmed.

Crump, Bailey & Crump, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, C. J. Cantrell, was convicted in the superior court of Muskogee county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of $200 and imprisonment in the county jail for a period of 30 days. The record discloses no error prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is therefore affirmed.